UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00399-MOC

| | |
|---|---|
| **ANTONIO MOSLEY,** )<br>)<br>Petitioner, )<br>)<br>Vs. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>Respondent. ) | ORDER |

**THIS MATTER** is before the court on petitioner's renewed Motion for Discovery Under Rule 6 of the Rules Governing §2255 Proceedings. As the court has previously informed Mr. Mosley, the time for Rule 6 discovery in this action has not come and will not come unless his complaint advances beyond the Rule 5 responsive pleading/ motion to dismiss stage.

**ORDER**

**IT IS, THEREFORE, ORDERED** that petitioner's renewed Motion for Discovery Under Rule 6 of the Rules Governing §2255 Proceedings is **DENIED** as premature.

Signed: August 8, 2014

Max O. Cogburn Jr.
United States District Judge