UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00399-MOC

| | | |
|---|---|---|
| **ANTONION MOSLEY,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the court on petitioner's Motion and Petition for Access to Seal [sic]Court records Pursuant [sic] First Amendment to the United States Constitution [and North Carolina Constitution Article I, § 18, N.C.G.S. §7A-109 (#35). Pursuant to the Stay pending appeal entered December 4, 2014, see Order (#34), Respondent's response to such motion, now due February 13, 2015, is also stayed pending resolution of petitioner's appeal.

Signed: January 30, 2015

Max O. Cogburn Jr.
United States District Judge

-1-